# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DORIS FITCH, Administrator of the Estate of Roland Mayes, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) NO. 06-676-CJP ) |
| JOHN and JAMES DOE, and ROBERT HERTZ, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

This action came before this Court on Motion to Dismiss and Remand and Brief in Support of this Motion (Doc. 44). The Court has rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** Counts I and II of the Complaint are dismissed with prejudice, Counts III through VII are dismissed without prejudice, in accordance with Order entered by United States Magistrate Judge Clifford J. Proud on July 8, 2008, (Doc. 46). No costs shall be assessed against plaintiff

**DATED** this 8th day of July, 2008

**NORBERT G. JAWORSKI, CLERK**

BY: **S/ Angela Vehlewald**
      **Deputy Clerk**

**Approved by      S/ Clifford J. Proud**
            **United States Magistrate Judge**
                  **Clifford J. Proud**